# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Linc Government Services, LLC ) ASBCA Nos. 58561, 58562, 58563
) 58566, 58567
Under Contract Nos. W91B4N-10-C-5006 )
W91GDW-09-C-4001 )
W52P1J-10-D-0105 )
W91GY0-11-D-0001 )
W91GDW-10-C-6002 )

APPEARANCES FOR THE APPELLANT: Lea Carol Owen, Esq.
Ben H. Bodzy, Esq.
  Baker, Donelson, Bearman,
  Caldwell & Berkowitz, PC
Nashville, TN

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Nancy J. Lewis, JA
  Trial Attorney

## ORDER OF DISMISSAL

Appellant appealed from the failure of the contracting officer to issue decisions on its claims under the captioned contracts. Appellant has now moved to dismiss the captioned appeals without prejudice. The government does not oppose appellant's request. Accordingly, the above-referenced appeals are hereby dismissed without prejudice. Unless either party or the Board moves to reinstate these appeals within one year from the date of this dismissal order, the dismissals shall be deemed with prejudice.

Dated: 29 July 2014

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58561, 58562, 58563, 58566, 58567, Appeals of Linc Government Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals